AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:22-mj-00037-MEH |
|  | ) |
| GREGORY CLINTON BENTON, | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 5, 2020  in the county of  DENVER  in the District of  Colorado , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 49, United States Code, Section 46506(2) | Lewd, indecent, obscene acts within special aircraft jurisdiction |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

*s/Martin Daniell*
*Complainant's signature*

Martin Daniell, SA, FBI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: 03/09/2022

*Michael E. Hegarty*
*Judge's signature*

City and state:  Denver, CO     Michael E. Hegarty, U.S. Magistrate Judge
*Printed name and title*