# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Martin Daniell, Special Agent of the Federal Bureau of Investigation, being duly sworn, deposes and states under penalty of perjury the following is true to the best of my information, knowledge, and belief.

## AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been since February 1999.  I am a graduate of the FBI Academy in Quantico, Virginia, and have been assigned for over ten years as the full-time FBI Airport Liaison Agent at Denver International Airport (DEN) where I investigate violations of federal law that occur at DEN, as well as in the Special Aircraft Jurisdiction of the United States.

## PROBABLE CAUSE

2. This affidavit is being submitted in support of a criminal complaint charging Gregory Clinton Benton, date of birth September 12, 1953, with violation of Title 49, United States Code, Section 46506(2).  Your Affiant is also requesting the issue of an arrest warrant for this crime. Due to the limited purpose of this affidavit, I have not included every fact known concerning this investigation, although, to the best of my information, knowledge, and belief, I have not omitted any material fact that undermines the statements and conclusions herein.  I have set forth only the facts I believe are necessary to establish probable cause to show Gregory Clinton Benton committed the aforementioned violation.

Background:

3. On October 5, 2020, FBI Denver was notified by the Denver Police Department (DPD) of an alleged indecent exposure aboard Frontier Airlines Flight 402 while in flight from Los Angeles International Airport (LAX) to Denver International Airport (DEN).  FBI Special Agents (SAs) Scott Kapfer and Jonathan Bauman responded to DEN where they met officers of the DPD, reviewed written statements from the victims and witnesses, conducted supplemental interviews, and ultimately interviewed subject Gregory Clinton Benton.

Victim/witness statements:

4. Female passenger victim "P.M."  was seated in the aisle seat on the same side of the plane as the subject who exposed himself.  The subject was in the window seat.  She saw him unzip his pants and later saw him with his penis outside of his pants, touching his penis. She observed this behavior at least twice prior to the plane departing LAX, and at least twice while the aircraft was in flight.  At one point, she asked the male passenger (identified as "C.V.") sitting across the aisle from her to call the flight attendant.  He did and, when the flight attendant approached their seats, the subject put away his penis. The flight attendant was called more than once and one time the flight attendant told the subject to zip up which he did.  When the flight attendant walked away, the subject unzipped again and she saw his penis again.  After the flight attendant returned several times, "P.M." was reseated in a different row.  "P.M." described the

subject as "mentally incompetant" in her written statement. When asked to clarify this, she advised she opined the subject was not mentally well because he was exposing himself in a calm demeanor. In the gate area at DEN, "P.M." identified Gregory Clinton Benton as the subject.

5.  Female passenger victim "I.T." heard a flight attendant tell the subject seated across the aisle from her to pull up his pants and zip the fly. He complied as the flight attendant left the area, but she later looked over at the subject and observed him touching his penis through his open zipper. In total, the flight attendant confronted the subject regarding his behavior on three occasions. Each time the flight attendant asked the subject to stop touching himself and pull up his pants. Each time the subject would comply but would then continue with his behavior as soon as the flight attendant left the area. In the gate area at DEN, "I.T." identified Gregory Clinton Benton as the subject.

6.  Male passenger victim "C.V." was nudged by the female passenger (identified as "P.M.") who was sitting across the aisle from him. She appeared to him to be uncomfortable and told him the subject has his pants unbuttoned. He saw the subject's pants were unbuttoned and the subject was covering the area of his genitals with his hands. He summoned the flight attendants with the overhead call button. When the subject noticed the flight attendant approaching, he covered his genital area. The flight attendant spoke with "P.M.", but not to the subject. About five minutes later, "P.M." nudged him again, appeared more concerned and annoyed, and he saw the subject touching his exposed genitalia. He alerted the flight attendant again and, as she approached the subject, he covered himself. He heard her tell the subject to pull up his pants and he complied. Approximately five minutes later, "P.M." alerted the flight attendant and told the flight attendant the subject's genital were exposed and he was touching himself. When contacted, the subject said to the flight attendant, "I was just trying to get comfortable." In the gate area at DEN, "C.V." identified Gregory Clinton Benton as the subject.

7.  Flight attendant witness "C.K." said Gregory Benton was in Seat 6F and the passenger in Seat 6D (identified as "P.M.") said he had his pants down. "C.K" asked him if his pants were fastened and he said yes. She was summoned again and she told him again to fasten his pants. The third time passengers summoned her, "I.T.", "C.V.", and another female passenger, "C.M.", told her Benton was exposing himself and, when a flight attendant would walk by, he would cover himself with his hands. She turned to him and found he "had his hands over it." She told him he needed to fasten his pants, zip them, and keep his hands out of them. He then stood up, covering himself away from her, and fastened them.

Subject's statement:

8.  After being Mirandized, Benton agreed to answer questions without an attorney present and stated he had been under psychiatric care since age twenty-three and he had taken his prescribed medication that day, but he had not had anything to drink before or during the flight. He advised he had had past diagnoses of schizophrenia, bi-polar disorder, and anxiety, but he didn't agree with them.

9.  He moved to the window seat on the right side of the plane and there was a lady that sat next to him, but she moved during the flight. A flight attendant asked him to zip up his pants, but he told her his pants were up. Benton denied his pants were ever down during the flight but stated his zipper may have been opened and he zipped it up. He also said he knew he had unbuttoned his pants, had realized his zipper was opened, but he did not think he exposed anything. He then stated he had reached through his open zipper and touched his penis, but he denied his penis came outside of his pants and said he wasn't trying to show it to anyone. However, he confirmed he was able to see his penis while he was on the plane with his pants button open and his zipper down. He said part of the problem was he didn't have underwear on.

10. Benton confirmed, in order to relax on the airplane, he unbuttoned his pants, loosened his belt, his zipper was down, he did not have underwear on, and he directly touched his bare penis. He said he had his hand on his penis, but he didn't know if that was to cover it up, but it wasn't to take it out and show it to the girl in the row in front of him who had turned around to look at him. When asked if he thought what he did was appropriate, he said he didn't think it was and maybe he got a little too comfortable and loosened his belt. Benton advised he had done this before in public and had been warned about it.

11. Benton stated he wasn't "jackin off" nor doing anything of the sort and that his hand was probably hiding himself from the girl in front. He advised he was just doing his thing, enjoying the flight, not trying to turn anyone on, and not even knowing if anyone was really enjoying him or not enjoying him. He acknowledged the flight attendant spoke to him several times while the aircraft was in flight.

## CONCLUSION

12. Based on the foregoing, your Affiant respectfully submits there is probable cause to issue a criminal complaint and arrest warrant for Gregory Clinton Benton for violation of Title 49, United States Code, Section 46506(2) because he committed an act that if committed in the District of Columbia would violate Section 9 of the Act of July 29, 1892, D.C. Code § 22-1112,

//

//

//

//

//

now codified at D.C. Code § 22-1312, by making an obscene and indecent exposure of his person by exhibiting his penis to females whose initials are "I.T." and "P.M."

I declare under the penalty of perjury the foregoing is true and correct to the best of my information, knowledge, and belief.

*s/ Martin Daniell*
Martin Daniell, Special Agent
Federal Bureau of Investigation

SUBSCRIBED and SWORN by electronic means this  9th  day of March, 2021

_____
HON. MICHAEL E. HEGARTY
UNITED STATES MAGISTRATE JUDGE

**Affidavit reviewed and submitted by Al Buchman, Assistant United States Attorney.**