| | |
|---|---|
| DEFENDANT: | GREGORY CLINTON BENTON |
| AGE/YOB: | 1953 |
| OFFENSE(S): | Count 1: 49 U.S.C. § 46506(2) - Lewd, indecent, obscene acts within special aircraft jurisdiction |
| LOCATION OF OFFENSE: | DENVER, Colorado |
| PENALTY: | NMT 90 days imprisonment; NMT $5,000 fine, or both; NMT 1 year SR; $10 SA |
| AGENT: | Martin Daniell<br>Special Agent, FBI |
| AUTHORIZED BY: | Albert Buchman<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 x   five days or less; ___ over five days

THE GOVERNMENT

x   will seek detention in this case based on 18 U.S.C. § 3142(f)(2)

The statutory presumption of detention is not applicable to this defendant.