SEALED CASE

# U.S. District Court [LIVE AREA]
# Middle District of Georgia (Macon)
# CRIMINAL DOCKET FOR CASE #: 5:22–mj–00011–CHW–1 *SEALED*

Case title: USA v. SEALED

Other court case number:  1:22–mj–00037–MEH District of
Colorado

Date Filed: 03/15/2022

Date Terminated: 03/17/2022

Assigned to: US MAGISTRATE
JUDGE CHARLES H WEIGLE

**Defendant (1)**

**GREGORY CLINTON
BENTON**
*TERMINATED: 03/17/2022*

represented by **FEDERAL DEFENDERS MIDDLE DISTRICT
OF GEORGIA INC**
440 MARTIN LUTHER KING JR BLVD STE 400
MACON, GA 31201
478–743–4747
Fax: 478–207–3419
Email: GAM_MAC_ECF@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 49:46506(2): Lewd, indecent, obscene acts within special aircraft jurisdiction | |

**Plaintiff**

**UNITED STATES OF AMERICA**      represented by  **JOY ODOM**
                                                  UNITED STATES ATTORNEYS
                                                  OFFICE
                                                  300 MULBERRY ST
                                                  STE 400
                                                  MACON, GA 31201
                                                  478−752−3511
                                                  Email: joy.odom@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Government Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/15/2022 | 1 | | Rule 5 Documents Received as to GREGORY CLINTON BENTON (cma) (Additional attachment(s) added on 3/15/2022: # 1 Identification and Information Page, # 2 Affidavit, # 3 Arrest Warrant) (cma). (Entered: 03/15/2022) |
| 03/15/2022 | | | Arrest Rule 5 of GREGORY CLINTON BENTON (cma) (Entered: 03/15/2022) |
| 03/15/2022 | | | Initial Appearance – Rule 5 set for 3/16/2022 02:30 PM in Macon before US MAGISTRATE JUDGE CHARLES H WEIGLE.<br><br>NOTICE OF **SETTING** HEARING as to GREGORY CLINTON BENTON. Hearing will occur **IN–PERSON**. Counsel, parties, and members of the public and press should review Standing Order 2022–03, available on the courts website, regarding courthouse entrance procedures due to COVID–19. Interested parties may obtain dial information by emailing macon.ecf@gamd.uscourts.gov. (cma) (Entered: 03/15/2022) |
| 03/16/2022 | 2 | | CJA 23 Financial Affidavit by GREGORY CLINTON BENTON (cma) (Entered: 03/17/2022) |
| 03/16/2022 | 3 | | **ORDER** appointing Federal Defenders of the Middle District of Georgia, Inc. to represent GREGORY CLINTON BENTON. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 03/16/2022. (cma) (Entered: 03/17/2022) |
| 03/16/2022 | 4 | | TEXT ONLY Minute Entry *(content for administrative purposes only)* for proceedings held before US MAGISTRATE JUDGE CHARLES H WEIGLE: Initial Appearance in Rule 5 Proceedings as to GREGORY CLINTON BENTON held on 3/16/2022; Charges and sentencing range stated for the record, Defendant advised of rights, Court appointed FPD to represent defendant after finding him eligible; Defendant requests appointed counsel in charging district; Rule 20 explained to defendant; Removal Hearing as to GREGORY CLINTON BENTON held on 3/16/2022; Identity of Defendant Confirmed; Proper Documents Confirmed Received; the Court finds removal to charging district is appropriate; defendant reserves the right to all hearings in the charging district; Detention Hearing as to GREGORY CLINTON BENTON held on 3/16/2022; defendant consents to detention for transport to charging district, defendant reserves the right to a detention hearing in the charging district; AUSA: Joy Odom; DEFENSE: Catherine M. Williams, FDO; USPO: Kellie Allen. Court |

| | | | |
|---|---|---|---|
| | | | Reporter: FTR Gold 3:07 p.m..Time in Court: 9 minutes. (cma) (Entered: 03/17/2022) |
| 03/16/2022 | 5 | | ***ORDER*** OF TRANSFER/COMMITMENT TO ANOTHER DISTRICT as to GREGORY CLINTON BENTON. Defendant committed to District of District of Colorado. Ordered by US MAGISTRATE JUDGE CHARLES H WEIGLE on 03/16/2022. (cma) (Entered: 03/17/2022) |
| 03/17/2022 | | | Notice to District of Colorado of a Rule 5 Initial Appearance as to GREGORY CLINTON BENTON. Your case number is: 1:22−mj−37−MER. The clerk will transmit any restricted document via email. Using your PACER account, you may retrieve the docket sheet and any text−only entry via the case number link. The following document link(s) is also provided: 5 Order of Transfer/Commitment to Another District, Arrest – Rule 5/Rule 32.1, 3 Order Appointing Counsel, 1 Rule 5(c)(3)/Rule 32.1 Documents Received, 4 Initial Appearance – Rule 5, Removal Hearing, Detention Hearing, Notice of Hearing, 2 Financial Affidavit – CJA23. (If you require certified copies of any documents, please send a request to help@GAMD.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (cma) (Entered: 03/17/2022) |

```
MIME-Version:1.0
From:cmecfhelpdesk@gamd.uscourts.gov
To:cmecfhelpdesk@gamd.uscourts.gov
Bcc:
--Case Participants: US MAGISTRATE JUDGE CHARLES H WEIGLE
(charles_weigle@gamd.uscourts.gov, chwchambers@gamd.uscourts.gov)
--Non Case Participants: U.S. Attorney's Office (usagam-ecf.calendars@usdoj.gov), U.S.
Marshal Service (amy.skaggs@usdoj.gov, antry.pearson@usdoj.gov, gena.goodwin@usdoj.gov,
jperreira@usms.doj.gov, kimberley.kvistad@usdoj.gov, reggie.hurst@usdoj.gov,
robert.greene@usdoj.gov, rondell.davis@usdoj.gov, usmsmacon@yahoo.com), U.S. Probation
Office (gampcourtmail@gamp.uscourts.gov)
--No Notice Sent:

Message-Id:3893217@gamd.uscourts.gov
Subject:Activity in Case 22-11 Sealed v. Sealed (Redacted Notice)
```
Content−Type: text/html

## U.S. District Court [LIVE AREA]

### Middle District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/15/2022 at 1:25 PM EDT and filed on 3/15/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 5:22−mj−00011−CHW *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 Initial Appearance – Rule 5 set for 3/16/2022 02:30 PM in Macon before US MAGISTRATE JUDGE CHARLES H WEIGLE.

NOTICE OF SETTING HEARING as to GREGORY CLINTON BENTON. Hearing will occur IN−PERSON. Counsel, parties, and members of the public and press should review Standing Order 2022−03, available on the courts website, regarding courthouse entrance procedures due to COVID−19. Interested parties may obtain dial information by emailing macon.ecf@gamd.uscourts.gov. (cma)

**5:22−mj−00011−CHW *SEALED*−1 Notice has been electronically mailed to:**

**5:22−mj−00011−CHW *SEALED*−1 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

---

*REDACTED NOTICE FOLLOWS*

---

This is an automatic e−mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e−mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of

all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.

### U.S. District Court [LIVE AREA]

### Middle District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 3/15/2022 at 1:25 PM EDT and filed on 3/15/2022

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | 22–11 (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | No document attached |

**Docket Text:**
**Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available here.** (Requires CM/ECF login)

```
MIME-Version:1.0
From:cmecfhelpdesk@gamd.uscourts.gov
To:cmecfhelpdesk@gamd.uscourts.gov
Bcc:
--Case Participants: US MAGISTRATE JUDGE CHARLES H WEIGLE
(charles_weigle@gamd.uscourts.gov, chwchambers@gamd.uscourts.gov)
--Non Case Participants: U.S. Probation Office (gampcourtmail@gamp.uscourts.gov)
--No Notice Sent:

Message-Id:3893197@gamd.uscourts.gov
Subject:Activity in Case 22-11 Sealed v. Sealed (Redacted Notice)
```
Content−Type: text/html

## U.S. District Court [LIVE AREA]

## Middle District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/15/2022 at 1:17 PM EDT and filed on 3/15/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 5:22−mj−00011−CHW *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Arrest Rule 5 of GREGORY CLINTON BENTON (cma)**

**5:22−mj−00011−CHW *SEALED*−1 Notice has been electronically mailed to:**

**5:22−mj−00011−CHW *SEALED*−1 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

---

*REDACTED NOTICE FOLLOWS*

---

This is an automatic e−mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e−mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.

**U.S. District Court [LIVE AREA]**

**Middle District of Georgia**

**Notice of Electronic Filing**


The following transaction was entered on 3/15/2022 at 1:17 PM EDT and filed on 3/15/2022

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | 22–11 (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | No document attached |

**Docket Text:**
 **Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available here.** (Requires CM/ECF login)

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

UNITED STATES OF AMERICA
                    Plaintiff

v.                                                         Case No. 5:22−mj−00011−CHW *SEALED*

GREGORY CLINTON BENTON
                    Defendant.

---

### ORDER APPOINTING COUNSEL

       Upon consideration of the above−named defendant's request for appointment of legal counsel, and upon review of the Financial Affidavit submitted, the undersigned has determined that the defendant is financially unable to obtain adequate legal representation, requiring the Court to provide counsel pursuant to the provisions of the Criminal Justice Act of 1964. 18 U.S.C. § 3006A *et seq.*

       Accordingly, the ***Federal Defenders of the Middle District of Georgia, Inc.,*** is appointed to represent the legal interests of the defendant.

       Pursuant to 28 U.S.C. § 1827, the Administrative Office of the United States Courts tests and certifies English to Spanish interpreters qualified to serve in the United States district courts. When there are no certified interpreters reasonably available, the Clerk secures the services of otherwise qualified interpreters as approved by the court.

       It is the responsibility of defense attorneys in criminal cases, whether retained or court appointed counsel, to notify the court of the need for an interpreter before each conference, hearing or trial. Specifically, the defense counsel will either telephone or email the courtroom deputy for the magistrate judge or district judge who will be conducting the proceeding. This notice must be given to the courtroom deputy at least 48 hours in advance of any hearings and at least 30 days in advance of trial. Defense counsel should provide substantial additional notice if the non−English speaking defendant speaks a language other than Spanish.

       Counsel are advised not to file motions for appointment of interpreters.

       SO ORDERED AND DIRECTED The 16th of March 2022.

                         s/ CHARLES H WEIGLE
                         US MAGISTRATE JUDGE

```
MIME-Version:1.0
From:cmecfhelpdesk@gamd.uscourts.gov
To:cmecfhelpdesk@gamd.uscourts.gov
Bcc:
--Case Participants: US MAGISTRATE JUDGE CHARLES H WEIGLE
(charles_weigle@gamd.uscourts.gov, chwchambers@gamd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:3894811@gamd.uscourts.gov
Subject:Activity in Case 22-11 Sealed v. Sealed (Redacted Notice)
```
Content−Type: text/html

## U.S. District Court [LIVE AREA]

## Middle District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 3/17/2022 at 9:58 AM EDT and filed on 3/16/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 5:22−mj−00011−CHW *SEALED* |
| **Filer:** | |
| **Document Number:** | 4(No document attached) |

**Docket Text:**
 **TEXT ONLY Minute Entry (content for administrative purposes only)** for proceedings held before US MAGISTRATE JUDGE CHARLES H WEIGLE: Initial Appearance in Rule 5 Proceedings as to GREGORY CLINTON BENTON held on 3/16/2022; Charges and sentencing range stated for the record, Defendant advised of rights, Court appointed FPD to represent defendant after finding him eligible; Defendant requests appointed counsel in charging district; Rule 20 explained to defendant; Removal Hearing as to GREGORY CLINTON BENTON held on 3/16/2022; Identity of Defendant Confirmed; Proper Documents Confirmed Received; the Court finds removal to charging district is appropriate; defendant reserves the right to all hearings in the charging district; Detention Hearing as to GREGORY CLINTON BENTON held on 3/16/2022; defendant consents to detention for transport to charging district, defendant reserves the right to a detention hearing in the charging district; AUSA: Joy Odom; DEFENSE: Catherine M. Williams, FDO; USPO: Kellie Allen. Court Reporter: FTR Gold 3:07 p.m..Time in Court: 9 minutes. (cma)

**5:22−mj−00011−CHW *SEALED*−1 Notice has been electronically mailed to:**

**5:22−mj−00011−CHW *SEALED*−1 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

*REDACTED NOTICE FOLLOWS*

This is an automatic e−mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e−mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits

attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

### U.S. District Court [LIVE AREA]

### Middle District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 3/17/2022 at 9:58 AM EDT and filed on 3/16/2022

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | 22–11 (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | Sealed (No document attached) |

**Docket Text:**
 **Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available here.** (Requires CM/ECF login)

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **File No. 5:22-mj-11 (CHW)** |
| | : | |
| **GREGORY CLINTON BENTON,** | : | **Charging District's Case No:** |
| | : | **1:22-mj-37-MER (D.Colo.)** |
| **Defendant.** | : | |

<u>ORDER OF REMOVAL TO ANOTHER DISTRICT</u>

The above-named defendant is charged in a criminal complaint with a violation of provisions of federal criminal law, alleged to have been committed in the District of Colorado.

At a hearing under provisions of Rule 58(b)(2) of the Federal Rules of Criminal Procedure, the Government produced the arrest warrant and supporting affidavit, and the Defendant waived the right to an identity hearing, admitting that he was the person named in the complaint.

Defendant was represented by appointed counsel at the initial appearance and will be requesting appointed counsel in the district of prosecution.

Defendant has reserved his right to a preliminary hearing and detention hearing in the district of prosecution but shall remain in custody pending the scheduling of a detention hearing by the court in the district of prosecution.

ACCORDINGLY, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the Defendant and transport him with a certified copy of this commitment WITHOUT DELAY to the district of prosecution and there deliver the Defendant to the United States Marshal for that district or to some other officer authorized to receive him, all proceedings required by Rule 58 of the Federal Rules of Criminal Procedure having been completed. The Clerk of this Court shall promptly transmit the papers in this case to Clerk of Court for the district of prosecution.

SO ORDERED AND DIRECTED, this 16th day of MARCH, 2022.


s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

```
MIME-Version:1.0
From:cmecfhelpdesk@gamd.uscourts.gov
To:cmecfhelpdesk@gamd.uscourts.gov
Bcc:
--Case Participants: US MAGISTRATE JUDGE CHARLES H WEIGLE
(charles_weigle@gamd.uscourts.gov, chwchambers@gamd.uscourts.gov)
--Non Case Participants: Colorado (interdistricttransfer_cod@cod.uscourts.gov)
--No Notice Sent:

Message-Id:3894988@gamd.uscourts.gov
Subject:Activity in Case 22-11 Sealed v. Sealed (Redacted Notice)
```
Content–Type: text/html

### U.S. District Court [LIVE AREA]

### Middle District of Georgia

**Notice of Electronic Filing**

The following transaction was entered on 3/17/2022 at 11:37 AM EDT and filed on 3/17/2022

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 5:22–mj–00011–CHW *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Notice to District of Colorado of a Rule 5 Initial Appearance as to GREGORY CLINTON BENTON. Your case number is: 1:22–mj–37–MER. The clerk will transmit any restricted document via email. Using your PACER account, you may retrieve the docket sheet and any text–only entry via the case number link. The following document link(s) is also provided: [5] Order of Transfer/Commitment to Another District, Arrest – Rule 5/Rule 32.1, [3] Order Appointing Counsel, [1] Rule 5(c)(3)/Rule 32.1 Documents Received, [4] Initial Appearance – Rule 5, Removal Hearing, Detention Hearing, Notice of Hearing, [2] Financial Affidavit – CJA23. (If you require certified copies of any documents, please send a request to help@GAMD.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (cma)**

**5:22–mj–00011–CHW *SEALED*–1 Notice has been electronically mailed to:**

**5:22–mj–00011–CHW *SEALED*–1 On this date, a copy of this document, including any attachments, has been mailed by United States Postal Service to any non CM/ECF participants as indicated below::**

---

***REDACTED NOTICE FOLLOWS***

---

**This is an automatic e–mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e–mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of**

all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

**U.S. District Court [LIVE AREA]**

**Middle District of Georgia**

**Notice of Electronic Filing**

The following transaction was entered on 3/17/2022 at 11:37 AM EDT and filed on 3/17/2022

| | |
|---|---|
| **Case Name:** | Sealed v. Sealed |
| **Case Number:** | 22–11 (Requires CM/ECF login) |
| **Filer:** | Redacted |
| **Document Number:** | No document attached |

**Docket Text:**
 **Redacted due to sealed restriction. Docket text can be viewed via the unredacted NEF receipt available here.** (Requires CM/ECF login)