IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-mj-00037-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY CLINTON BENTON,

    Defendant.
_____

**NOTICE OF APPEARANCE**
_____

    The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

    Respectfully submitted,

    VIRGINIA GRADY
    Federal Public Defender


    s/ Stephanie Snyder
    Stephanie Snyder
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Stephanie_Snyder@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2022, I electronically filed the foregoing

## NOTICE OF APPEARANCE

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
    Email:  al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Gregory Clinton Benton     *via U.S. mail*

                      s/ Stephanie Snyder
                      Stephanie Snyder
                      Assistant Federal Public Defender
                      633 17th Street, Suite 1000
                      Denver, CO  80202
                      Telephone:  (303) 294-7002
                      FAX: (303) 294-1192
                      Stephanie_Snyder@fd.org
                      Attorney for Defendant