**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 22-mj-00037-MEH

**FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO**
*1:42 pm, Mar 31, 2022*
**JEFFREY P. COLWELL, CLERK**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY CLINTON BENTON,

    Defendant.

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about October 5, 2020, in the District of Colorado and elsewhere, and on an aircraft in the special aircraft jurisdiction of the United States, the defendant, GREGORY CLINTON BENTON, while a passenger on Frontier Airlines flight 402, which landed in the District of Colorado, committed an act that, if committed in the District of Columbia, would violate District of Columbia Code § 22-1312 (formerly D.C. Code § 22-1112) in that BENTON did intentionally and in public make an obscene or indecent exposure of his genitalia.

All in violation of Title 49, United States Code, Section 46506(2).

COLE FINEGAN
United States Attorney

By: s/ *Albert Buchman*
Albert Buchman
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0228
Fax:  303-454-0406
E-mail:  al.buchman@usdoj.gov
Attorney for Government