IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-mj-00037-MEH

UNITED STATES OF AMERICA,

 Plaintiff,

v.

GREGORY CLINTON BENTON,

 Defendant.

_____

### UNITED STATES' MOTION TO VACATE SPEEDY TRIAL DATES
_____

  The United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Albert Buchman, respectfully files this Motion to Vacate Speedy Trial Dates. At the arraignment on April 4, 2022, the Court calculated 30-, 70-, and 90-day dates pursuant to the Speedy Trial Act, 18 U.S.C. § 3161. Dkt. 13. To the contrary, the Speedy Trial Act does not apply to the charge here.

  Defendant is charged under a single count of 49 U.S.C. § 46506(2), which carries a maximum prison sentence of 90 days. Dkt 11. As such, the charge is classified as Class B misdemeanor pursuant to 18 U.S.C. § 3559(a)(7) and also a "petty offense" pursuant to 18 U.S.C. § 19 and 3172. *See also* Fed. R. Crim. P. 1(b)(8).

  Petty offenses are not subject to the Speedy Trial Act, as it is not defined as an "offense" under 18 U.S.C. § 3172 for purposes of 18 U.S.C. § 3161. *United States v. Salgado-Hernandez*, 790 F.2d 1265, 1268, n. 11 (5th Cir. 1986); *see also* United States

1

*v. Baker*, 641 F.2d 1311, 1318 (9th Cir. 1981); *United States v. Bunn*, 2005 WL 8163594 (D. New Mexico 2005). Thus, the speedy trial dates currently set, Dkt. 13, are not applicable.

The Government requests the Court rule that the Speedy Trial Date Act does not apply in the present case and take that ruling into account when setting motions deadlines and future court dates. Other considerations in setting dates: Defendant is currently released on conditions on the present case, resides in Georgia otherwise, and is held by the El Paso County Sheriff on El Paso County Case. No. 20CR07081 and has not posted bond to date.

The parties will continue to negotiate a potential resolution.

DATED this 11th day of April, 2022.

COLE FINEGAN
United States Attorney

s/ Albert Buchman
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.buchman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      s/ *Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.buchman@usdoj.gov