IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-mj-00037-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY CLINTON BENTON,

    Defendant.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2022.**

    Before the Court is the United States' "Motion to Vacate Speedy Trial Dates." ECF 17. Defendant shall file a response to the motion on or before April 19, 2022.