IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 22-mj-00037-MEH

UNITED STATES OF AMERICA,

       Plaintiff,

v.

GREGORY CLINTON BENTON,

       Defendant.
_____

**RESPONSE TO GOVERNMENT MOTION TO VACATE SPEEDY TRIAL DATES**
_____

       Gregory Benton, by and through his undersigned counsel, pursuant to the Court's Minute Order (ECF No. 18), hereby provides notice that he concurs with the Government that the Speedy Trial Act, 18 U.S.C. §3161 et seq., does not apply to petty offenses.  *See* 18 U.S.C. § 3172 (2) (defining an "offense" for purposes of the Speedy Trial Act as excluding class B and C misdemeanors).  Consequently, Mr. Benton does not object to the Government's request that the Court set further dates in this matter without reference to the Speedy Trial dates that were calculated at the time of Mr. Benton's arraignment.  *See* ECF No. 13.  But given the relatively modest statutory maximum at issue, counsel notes for the Court's reference that Mr. Benton has already spent 21 days in pretrial detention for this 90-day offense—a period that spans the timeframe between his arrest on the criminal complaint in the Middle District of Georgia on March 15, 2022 (ECF No. 3), and April 4, 2022, when the Honorable Judge Kristen L. Mix released him on conditions in Colorado (ECF No. 15).

Respectfully submitted,

VIRGINIA GRADY
Federal Public Defender


s/ Stephanie Snyder
Stephanie Snyder
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Stephanie_Snyder@fd.org
Attorney for Defendant

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, I electronically filed the foregoing

**RESPONSE TO GOVERNMENT MOTION TO VACATE SPEEDY TRIAL DATES**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Albert C. Buchman, Assistant United States Attorney
    Email:  al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Gregory Clinton Benton     *via U.S. mail*

    s/ Stephanie Snyder
    Stephanie Snyder
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX: (303) 294-1192
    Stephanie_Snyder@fd.org
    Attorney for Defendant