IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-mj-00037-MEH

UNITED STATES OF AMERICA,

 Plaintiff,

v.

GREGORY CLINTON BENTON,

 Defendant.

_____

**JOINT STATUS REPORT AND PROPOSED CASE SCHEDULE**
_____

 The Court ordered the parties to file a status report and proposed case schedule. Dkt. 21. In response, the parties have conferred and submit the following:

<u>Relevant Background</u>

 The present case is charged as a petty offense, specifically a class B misdemeanor which carries maximum incarceration of 90 days imprisonment. *See* Dkt. 11; 18 U.S.C. § 19 (defining petty offense). Defendant was arrested in this case in the Middle District of Georgia, where he permanently resides, on March 15, 2022. Dkt. 3. Thereafter, Defendant was transported to the District of Colorado, having his initial appearance on March 30, 2022, and arraignment on April 4, 2022. On the latter date, Defendant was released on conditions but transported to El Paso County on an outstanding state warrant in El Paso County Case No. 20CR7081. From his arrest to release, Defendant has served approximately 21 days in federal custody.

In El Paso County Case No. 20CR7081, Defendant is facing two charges: (1) Assault in the Second Degree—Strangulation, a class four felony, (2) Harassment, a class three misdemeanor. The first charge carries a potential penalty of 2 to 8 years of imprisonment but is probation eligible. His bond has been set at $3000 cash/property/surety, which he has not posted to date. Defendant's next state court date is May 5, 2022, for preliminary hearing.

The parties are in communication with both the Deputy District Attorney and Deputy Public Defender in the state case. In full candor, any resolution of the state charges will likely influence resolution of the present case.

<u>Proposed Case Schedule</u>

The Speedy Trial Act does not apply to the present charge. Dkt. 20. However, the Parties agree a reasonable case schedule should be set. The Parties suggest the Court:

1. Order an additional joint status report in 45 days.
2. Order a motions-filing deadline for July 1, 2022, and delay setting a motions hearing until substantive or evidentiary motions are filed.

//

//

//

3. Set a bench trial in August. *See United States v. Penk*, 319 Fed. Appx. 733, 734 (10th Cir. 2009) (no right to a jury trial for a petty offense).

DATED this 25th day of April, 2022.

COLE FINEGAN
United States Attorney

s/ Albert Buchman
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.buchman@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that on April 25, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                <u>s/ *Albert Buchman*</u>
                ALBERT BUCHMAN
                Assistant United States Attorney
                United States Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Telephone: (303) 454-0100
                Telecopier: (303) 454-0403
                E-mail: Al.buchman@usdoj.gov