IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-mj-00037-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY CLINTON BENTON,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 2, 2022.**

    Before the Court is the parties' "Joint Status Report and Proposed Case Schedule." ECF 22. Pursuant to the parties' agreement, the Court sets the following deadlines in this case:

| | |
|---|---|
| Joint Status Report Due: | June 9, 2022 |
| Motions-filing Deadline: | July 1, 2022 |

    Additionally, the Court sets a trial for two days (ECF 13), to the bench, *see United States v. Penk*, 319 Fed. App'x 733, 734 (10th Cir. 2009) (no right to a jury trial for a petty offense), beginning on **August 29, 2022**, at **9:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado. The Court also schedules a trial preparation conference for **August 18, 2022**, at **3:30 p.m.** The Court will contemporaneously issue a trial procedures order to provide additional information on the trial and other deadlines.