IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-mj-00037-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY CLINTON BENTON,

    Defenda.

---

### TRIAL PROCEDURES ORDER
---

**Michael E. Hegarty, United States Magistrate Judge.**

The following procedures and orders supplement the Federal Rules of Civil Procedure and the local rules of this court. In order to fairly and efficiently try the merits of each case, the following ORDERS apply.

**I.**    **Trial Preparation Conference**

The trial preparation conference is scheduled for **August 18, 2022**, at **3:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

All out-of-state counsel shall comply with D.C.Colo.LAttyR 3 prior to the trial preparation conference.

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not been vacated by court order may result in the imposition of sanctions.

In addition, the matters due **before** the date of the conference are as follows:

1.    <u>Exhibits</u>: The parties are to meet and confer to establish a single exhibit list utilizing numbers. The exhibit list shall be electronically filed under the Court's ECF Procedures **and** a Word copy emailed as an attachment to me at hegarty_chambers@cod.uscourts.gov no later than **three business days before** the

        final pretrial/trial preparation conference. Stipulations as to authenticity and admissibility shall be set forth on the exhibit list.

2. <u>Objections to Exhibits</u>: Each party shall electronically file objections to exhibits under the Court's ECF Procedures **and** a Word copy emailed as an attachment to me at hegarty_chambers@cod.uscourts.gov no later than **three business days before** the final pretrial/trial preparation conference. The objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority supporting such objection.

3. <u>Witness Lists</u>: No later than **three business days before** the final pretrial/trial preparation conference, counsel shall provide their final witness lists (**and** a Word copy emailed as an attachment to me at hegarty_chambers@cod.uscourts.gov) with an estimate of each witness's direct examination testimony time. Each witness designated shall be counsel's representation, upon which opposing counsel can rely, that the witness will be present and available for testimony at trial. Of course, either party is not *required* to call a particular witness; listing the witness only assures his or her availability.

4. <u>Motions in limine</u>: Motions(s) in limine are to be electronically filed under the Court's ECF Procedures **and** a proposed order in Word formal emailed as an attachment to me at hegarty_chambers@cod.uscourts.gov no later than **fifteen business days before** the final pretrial/trial preparation conference. Responses to motions in limine shall be filed no later than **five business days before** the final pretrial/trial preparation conference. The parties should be prepared to discuss the motion(s) in limine at the final pretrial/trial preparation conference.

5. <u>Trial Briefs</u>: Trial briefs shall be filed no later than **three business days before** the final pretrial/trial preparation conference. Trial briefs are limited to fifteen pages. Parties are free to include evidentiary issues as well as the substantive law governing the case.

6. <u>Proposed Voir Dire</u>: The parties will be permitted approximately 15 minutes each for voir dire. In order to make this aspect of the trial more efficient, proposed voir dire questions that the parties propose the Court to ask shall be filed electronically under the Court's Electronic Filing Procedures and a copy e-mailed as an attachment in Word format to hegarty_chambers@cod.uscourts.gov on or before **three business days before** the trial preparation conference. The Court reminds the parties that voir dire is permissive and not mandatory. The case will be heard by a jury of twelve, and each side retains three peremptory strikes in addition to strikes for cause.

## II. Prior to Trial

1. <u>Use of Courtroom Technology</u>: **Thirty days before trial**, counsel shall notify my courtroom deputy of any need for special accommodation for any attorney, party,

or witness, any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CD-ROM or other electronic presentation of evidence.

### III. First Day of Trial

1. Trial is set for <u>two</u> days, to the bench, beginning on **August 29, 2022**, at **9:00 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

2. Provide three copies of the exhibit list to the courtroom deputy.

3. Original exhibits, properly marked and tabbed, each exhibit numbered sequentially, each page within an exhibit numbered sequentially, filed in one or more notebooks shall be given to the courtroom deputy and to the Court.

4. Submit an original list of any stipulated facts and two copies to the courtroom deputy.

### IV. General Information

1. My courtroom deputy is Christopher Thompson, who can be reached at (303) 335-2326. Any questions concerning exhibits or courtroom equipment may be directed to him. The proceedings will be digitally recorded. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily copy, should be made at least thirty days in advance of the trial date.

2. My law clerks are Ian Pate and Chris Bach, who can be reached at (303) 844-4507.

Entered and dated at Denver, Colorado, this 2nd day of May, 2022.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge