IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  22-mj-00037-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY CLINTON BENTON,

    Defendant.

_____

**JOINT STATUS REPORT AND MOTION TO EXTEND MOTIONS DEADLINE AND FOR AN ADDITIONAL STATUS REPORT**
_____

The Court ordered a joint status report be filed by June 9, 2022. Dkt. 23. In response, the Parties have conferred and submit the following:

Status

Defendant is currently released on conditions in the present case but is in custody in El Paso County in Case No. 20CR7081, a state felony assault case. Since the previous joint status report, Dkt. 22, Defendant's competency to proceed with trial has been challenged in the state case pursuant to C.R.S. § 16-8.5-101, *et seq*. It remains that Defendant's competency must be fully evaluated and formal findings and orders must be issued by the state judge. Necessarily, Defendant's competency as determined by the state will impact the course of further proceedings here. Thus, at this time, the Parties can only inform the Court that we will continue to monitor the state case and remain in contact with the prosecutor and defense counsel there.

Motion to Extend Motions-filing Deadline and for an Additional Status Report

The Court has set a motions-filing deadline for July 1, 2022. Dkt. 23. Given Defendant's uncertain competency status in the state case, the Parties request that the present filing deadline be vacated and reset for August 1, 2022, to allow for the state competency proceedings to develop and to allow the Parties time to determine the next steps in light of those proceedings. We additionally request the Court order an additional joint status report for the same date, August 1, 2022.

The Parties do not request that the pretrial conference or trial dates be reset at this time, as we hope to have sufficient information before those settings to make substantive decisions on the course of the case.

DATED this 3rd day of June, 2022.

COLE FINEGAN
United States Attorney

s/ Albert Buchman
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Telecopier: (303) 454-0403
E-mail: Al.buchman@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on June 3, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                                                s/ *Albert Buchman*
                                                                ALBERT BUCHMAN
                                                                Assistant United States Attorney
                                                                United States Attorney's Office
                                                                1801 California Street, Suite 1600
                                                                Denver, Colorado 80202
                                                                Telephone: (303) 454-0100
                                                                Telecopier: (303) 454-0403
                                                                E-mail: Al.buchman@usdoj.gov