IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-mj-00037-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY CLINTON BENTON,

    Defendant.

_____

**UNOPPOSED MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**
_____

    The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Albert Buchman, Assistant United States Attorney, respectfully move the Court pursuant to Fed. R. Crim. P. 48(a) to enter an Order dismissing the Information, ECF No. 11, without prejudice.[1] This motion is unopposed.

    Fed. R. Crim. P. 48(a) provides that the United States Attorney may dismiss an information with leave of the court. The government should only dismiss when there is good cause and for a reason that does not offend the public interest. *See Rinaldi v. United States*, 434 U.S. 22, 30 (1977). The "general rule under Fed. R. Crim. P. 48(a) is that the district court should grant a prosecutor's motion to dismiss unless dismissal 'is clearly contrary to manifest public interest.'" *United States v. Strayer*, 846 F.2d 1262, 1265 (10th Cir.1988) (quoting *United States v. Carrigan*, 778 F.2d 1454, 1463 (10th Cir.1985)). Rule 48(a) dismissals are without prejudice unless contrary intent is clearly expressed. *United*

---

[1] The Information, ECF No. 11, superseded the Complaint, ECF No. 1, as the primary charging document in this case.

*States v. Shakur*, 2008 WL 191627, *3 (D. Kansas Jan 22, 2008).

In support of this motion, the United States informs the Court that the interests of justice are served by dismissal of the Information. Defendant is currently in state custody on El Paso County Case No. 20CR7081. After a state mental status evaluation, the Colorado Fourth Judicial District Court has found Defendant "incompetent and not restorable to competency," pursuant to C.R.S. § 16-8.5-101, *et seq.*, a finding of permanent incompetency that the state prosecutor does not contest. The parties in that case are currently arranging mental health services for Defendant in anticipation of inevitable termination of the proceedings pursuant to C.R.S. § 16-8.5-116(6)(a).

Rather than initiate federal competency procedures that would no doubt lead to the same result, the government adopts the state court's competency finding here and thereby asserts that Defendant is mentally incompetent to stand a federal trial. Accordingly, the government believes it cannot proceed on this case per 18 U.S.C. § 4241(d). Furthermore, state efforts to provide mental health services in the wake of its competency finding appear sufficient and thus do not require concurrent federal efforts.

Wherefore, for the good cause shown, the government respectfully moves to

//

//

//

//

dismiss the Information without prejudice. All victims in the present case have been notified to this decision.

> Respectfully submitted,
>
> COLE FINEGAN
> United States Attorney
>
> */s/ Albert Buchman*
> ALBERT BUCHMAN
> Assistant United States Attorney
> 1801 California Street, Suite 1600
> Denver, CO 80202
> Telephone: 303-454-0100
> Fax: 303-454-0403
> E-mail: al.buchman@usdoj.gov
> Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of July, 2022, I electronically filed the foregoing **Unopposed Motion to Dismiss the Information** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: */s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney

4