IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 22-mj-00037-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY CLINTON BENTON,

    Defendant.

---

### ORDER

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is Plaintiff's "Unopposed Motion to Dismiss the Information Without Prejudice." ECF 27. Pursuant to Fed. R. Crim. P. 48(a), the "government may, with leave of court, dismiss an indictment, information, or complaint." The "general rule under Fed. R. Crim. P. 48(a) is that the district court should grant a prosecutor's motion to dismiss unless dismissal 'is clearly contrary to manifest public interest.'" *U.S. v. Strayer*, 846 F.2d 1262, 1265 (10th Cir.1988) (quoting *United States v. Carrigan*, 778 F.2d 1454, 1463 (10th Cir.1985)). The presumption with a Rule 48(a) dismissal is that the dismissal is without prejudice. *U.S. v. Shakur*, Nos. 04-20132-JWL, 07-02519-JWL, 2008 WL 191627, at *3 (D. Kan. Jan. 22, 2008) (citing *U.S. v. Ortega-Alvarez*, 506 F.2d 455, 58 (2d Cir. 1974)).

    In the present Motion, Plaintiff proffers that Defendant is currently in state custody. Moreover, after a state mental status evaluation in El Paso County Case No. 20CR7081, "the Colorado Fourth Judicial District Court has found Defendant 'incompetent and not restorable to competency,' pursuant to C.R.S. § 16-8.5-101, *et seq*., a finding of permanent incompetency that

the state prosecutor does not contest." ECF 27 at 2. Given that finding, "the government adopts the state court's competency finding here and thereby asserts that Defendant is mentally incompetent to stand a federal trial." *Id.*

For good cause shown and finding no reason that would offend the public interest, Plaintiff's Motion [<u>filed July 13, 2022; ECF 27</u>] is **granted**. The information in this case is **dismissed without prejudice**. The trial preparation conference set for August 18, 2022 and the bench trial set to begin on August 29, 2022 are **vacated**. The Clerk of Court is directed to close this case.

Entered this 14th day of July, 2022, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge